JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL MASEK, | ) Case No. ED CV 14-332-MMM (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Summarily Dismissing Action as Time-Barred,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: July 17, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE